Richard Wayne Ramsey, P765649
Name and Prisoner/Booking Number

Durango Jail    D2 - D54
Place of Confinement

3225 W. Gibson Ln.
Mailing Address

Phoenix, Az. 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Richard Ramsey (Plaintiff),
(Full Name of Plaintiff)
                Plaintiff,

vs.

(1) Joe Arpaio (M.C.S.O. Sherriff),
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,
                Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CIV '11 1422 PHX SRB MEA
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Maricopa County, Durango Jail, Phoenix, Arizona

## B. DEFENDANTS

1. Name of first Defendant: __JOE ARPAIO_____. The first Defendant is employed as: __SHERRIFF_____ at __MARICOPA COUNTY JAIL__.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

# D. CAUSE OF ACTION

## COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Right of an inmate.</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 5-31-11 At approx. 5:00 PM I attempted to notify swing shift officer Aringa that I was in severe pain (My left testicle swollen the size of an orange my right swollen not A big) On two consecutive security walks made by officer Aringa I was completely ignored as he clowned other inmate, throwing his hands up as if in gang signs bragging how he didn't need his tazer. He also stopped in cell 95 and was shown some pictures of naked women on his phone (This officer was in fact written up for his actions). On his next walk I had to painfully make my way to Pod door and because he continued to ignore me I limped out as he walked out. He then listened as I explained my injury and suffering, and how difficult it was to walk. Instructed to sit in main dayroom 40 minutes had past prior to being allowed to go to medical unit. Explaining there was no way I could make the over 200 yard walk to med. unit due to severe pain, then requesting A wheel chair, I was told there was no wheel chair and if I wanted to be seen by medical staff I had to walk. I was then placed in leg chain and hand cuffs and (PLEASE SEE ATTACHMENT 1)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). My Testicals were severely swollen, the negligence and Abuse by Maricopa County SHERRIFF officers caused unbearable pain and suffering, as well as being tramatized by MCSO staff even to this day.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I NEVER RECIEVED RESONCE FROM Grievence, And now time limits for responce have expired, I have even

## COUNT II

1. State the constitutional or other federal civil right that was violated: **Rights of an inmate**

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5-31-11 It was ordered by medical staff that I be transported to Hospital Emergency Room. My testicals were severely swollen. After waiting over 4 (four) hrs unable to walk without severe pain. I was told I had to walk out to where transport was waiting by main gate. I explained injury, yet still forced to walk. At approx. 10:00 pm I walked out to main gate where a sheriffs van awaited. I could no longer stand straight due to agonizing pain. The transport officer waiting by sheriffs van ask me what was wrong, why I was so slow. I explained how big my testicles had swollen extremely large. The transport officer then made a sexual comment, asking me if he could see them (testicles) He then opened the back door and cage door of sheriffs van, then placed me in handcuffs without double locking them, then told me to get in back of sheriffs van. I told him I need help getting in due to my injury and pain. He refused to assist me twice. He told me he wouldn't help me and I had to get in van on my own. On my hands and knees I began to drag myself into sheriffs van. Once I was waist in transport officer told me to curl up my legs. I did as instructed. He then used vans gate door to push me rest of the way in. The pain he caused was unbearable. He then left me on van floor in rear of van and transported me to hospital on floor of van. Because I was on floor in back of van I

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   My testicles were extremely swollen and the abuse by M.C.S.O. officers cause me extreme pain, and the sexual comments are in violation of policy and my rights to be fairly treated.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   No response to official grievances. Apparently ignored

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Rights of an inmate</u>

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5-31-11 I was sent to hosp. Emergency Room, my testicles were severely swollen. At the time I was left by transportation at hospital I was in such pain I could no longer walk. I explain to officer Cost of my extreme pain and inability to walk and requested a wheelchair. He refused my request, ordering me to walk to Emergency Room doors approx 100 yards away. I took a few steps and collapsed. The pain was too intense to bear. Officer Cost then stood over me demanding me to get up several times. I physically could not despite effort. He again refused to provide me with wheelchair demanding I rise. I asked for his help yet several times he refused to help me. At that time the hospital security personnel saw me laying on ground outside E.R. Room and took a wheelchair out to me, then helped me into it. Officer Cost then took control of wheelchair, wheeled me into hospital and into hospital holding cell, then drove my knees into bench in holding cell as I sat in wheel chair. I moaned out in pain asking officer Cost why he did that. He whistled as if he didn't hear me. The security officer who followed us into hospital then pointed at to officer.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. No response to grievance I submitted, and no action taken by or at any level as I am aware.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: Financial compensation in the amount of $50,000 (Fifty thousand dollars)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07-12-11
DATE

_Rick Ramsey_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
Adam Feldman
Central Ave.
Phoenix, Arizona
602-404-6000
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Attachment One
(Count one)

because I could no longer stand the severe pain and had to be seen by medical staff, I had to be seen by medical staff and forced myself to walk in agony to the medical unit. During the excrusiating walk that took several minutes I again requested a wheelchair. Officer Ariaga again refused request. Finally arriving at med unit, barely able to walk, I witnessed two unused gernies sitting in outer hallway of med unit. I couldn't believe I was forced to walk. After I was seen by medical staff, it was ordered that I be sent to the Hospital Emergency Room.

On 6-14-11 in Housing Unit 2 of the Durango Jail, AM Shift (same jail I am housed in) A wheelchair was provided for inmate Terry LAYMAN *P774486 and he was taken to medical unit. The back of wheelchair had stenciled number on it and "Durango Jail" in stenciled letters below that.

Because the Maricopa County Sherriff's Office is responsible for the care and well being of there inmates, they certianly caused me undue pain and suffering, and showed absolute negligence.

Richard Ramsey
Durango Jail
Maricopa County
Phoenix, Arizona
85009

## Attachment Two
## (Count Two)

I was tossed about at times violently. I could hear officers laughing as I groaned in pain. Because transport officer failed to double lock handcuffs, the handcuffs tightened cutting off circulation to hands. Once we arrived at Hospital Emergency Room I thought I was about to pass out (go unconscious) due to all the unnecessary pain inflicted on me. The transport officer opened back door and gate of sherriffs van and ordered me to get out. Still on the floor of van I pleaded for help getting off van, and again was refused. On my hands and knees I backed out of van. The transport officer then left me with an Officer Cost who had no radio to communicate with sherriffs office. The transport officer then drove away.

Because the Maricupa County Sherriffs Office is responsible for the care and well being of their inmates, they most definately caused me undue pain and extreme suffering, and show absolute negligence.

Richard Ramsey #P767549
Durango Jail
Phoenix, Arizona
85009

# ATTACHMENT THREE
## (COUNT THREE)

Officer Cost how tight my handcuffs were. Officer Costs eyes instantly widened when he saw my hands. Circulation had been cut off, discoloration in left hand. He immediately loosened handcuffs and stated he would report handcuff issue to his Sgt. because transport officer failed to double lock handcuffs.

Because the Maricopa County Sheriffs Office is responsible for care and well being of these inmates, they most definitely caused me undue, extreme pain and suffering. Absolute negligence.

Richard Ramsey
Durango Jail
PHX, ARIZONA
85009

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO, SHERIFF

## CERTIFICATION

I hereby certify that on this date     JUL 1 4 2011

I     filed   √     mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona

___ Hon _____ United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ _____

___ _____

___ _____

_____
**INMATE LEGAL SERVICES**
**Maricopa County, Sheriff's Office**
**201 S. 4th Avenue**
**Phoenix, AZ 85003**

Cert6                                                06/02/08

MARICOPA COUNTY SHERIFF'S OFFICE
INMATE LEGAL SERVICES
201 S. 4th AVENUE
PHOENIX, AZ 85003

P706649

U.S. District Court Clerk
U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 10
Phoenix, AZ 85003

RECEIVED
JUL 18 2011
RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

02 1M
0004293640
MAILED FROM Z
UNITED STATES POSTAGE