Richard Ramsey P765649
Name and Prisoner/Booking Number

Durango Jail
Place of Confinement

3225 W. Gibson Ln.
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 2 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Richard Ramsey,
(Full Name of Plaintiff)
        Plaintiff,

vs.

(1) Maricopa County Sherriff Joseph Arpaio,
(Full Name of Defendant)
(2) M.C.S.O. Detention Officer Ariago,
(3) M.C.S.O. Unknown transport OFFICER,
(4) M.C.S.O. Detention Officer Cost,
        Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:11-CV-01422-SRB-MEA
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2. Institution/city where violation occurred: Maricopa County, Durango Jail

Revised 3/9/07                                    1                                    550/555

## B. DEFENDANTS

1. Name of first Defendant: **Joseph Arpaio**. The first Defendant is employed as: **SHERRIFF** (Position and Title) at **Maricopa County Sherriff's Office** (Institution).

2. Name of second Defendant: **Mr Ariaga**. The second Defendant is employed as: **Detention Officer (Durango Jail)** (Position and Title) at **Maricopa County Sherriffs Office** (Institution).

3. Name of third Defendant: **Unknown**. The third Defendant is employed as: **Transport Officer** (Position and Title) at **Maricopa County Sherriffs Officer** (Institution) **Jail system**.

4. Name of fourth Defendant: **Mr Cost**. The fourth Defendant is employed as: **Detention Officer (Durango Jail)** (Position and Title) at **Maricopa County Sherriffs Office** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: (U.S. Constitution) Cruel And Unusual Punishment.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5-31-11 at approx 5:00 pm I attempted to notify officer Ariaga that I experiencing severe pain. My testicals were extremely swollen. The officer completely ignored me on several security walks. He was stopping to show nude photos on his cell phone to other inmates, yet failing to assist me with injury, as pain grew worse, and swelling increased. (This officer Ariaga has been written up for bringing cell phone into jail facility, show photos to inmates.) After several security walks, literally having to stand before said officer to get his attention, he made me wait almost one hour to be seen by medical staff. Despite my notifying officer of injury and excruciating pain and inability to walk without agitation and increased pain, officer denied my request for wheelchair, claiming facility had none. The officer then stated if I wanted to be seen by med. staff I had to walk. He then placed me in leg chains, forcing me to walk several hundred yards to medical unit. The pain was so intense I had to stop several times until the throbbing pain lessen enough to walk. The leg chains also damaged my inability to walk, due to pain. Because Sheriff Arpaio is responsible for jail/inmate policy, (leg chains), in this case due to injury, applied leg chains forced plaintiff into undue, unneccesary, extreme pain and suffering, forcing him to walk in a manner that only increase injury and pain. Upon arriving at medical unit, two unused gurnies were witnessed and a wheelchair was available. After plaintiff was examined by medical staff, it was promptly ordered he be sent to hospital Emergency Room.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Because of action, lack of action and policy of sheriffs jail facility the plaintiff was forced into unneccessary, undue extreme pain. Swelling of testicles greatly increased. Injury grew worse.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Never recieved final responce from grievence, and was notified in write I would not be notified of outcome.

## COUNT II

1. State the constitutional or other federal civil right that was violated: Cruel and unusual punishment. (U.S. CONSTITUTION)

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5-31-11 at approx. 10:00 pm prior to transporting plaintiff to Emergency room, unknown transportation officer placed handcuffs on plaintiff failing to double-lock handcuffs. Unknown transport officer then opened back door of sheriffs van then cages and ordered plaintiff to get in. Plaintiff urgently explained that due to injury, he could not get in van without assistance. Unknown transportation officer refused to assist plaintiff into sheriffs van despite several requests for assistance from plaintiff. On hands and knees, plaintiff had to crawl in van. Having to drag himself in, once half plaintiffs body was lying on van floor, unknown transport officer ordered plaintiff to curl up his legs. In extreme pain, plaintiff followed orders. Unknown transportation officer then assaulted plaintiff by slamming cage door on plaintiffs legs causing unbearable pain to plaintiffs injury. Leaving plaintiff on floor of van, unknown transportation officer then transported plaintiff to hospital, assaulting plaintiff with his vehical, driving radically, tossing plaintiff about floor of van. Plaintiff experienced agony as injury grew extremely worse. Officers could be heard laughing. Once arriving at hospital E.R. Room, unknown transportation officer once again refused to assist plaintiff off sheriffs van. Still on the floor of van, plaintiff, on hands and knees was forced to crawl out. Plaintiff was then left in the custody of officer Cost who despite after several requests from the plaintiff for assistance or wheelchair also refused to assist plaintiff. Plaintiff was ordered by officer Cost to walk to Emergency Room doors. Plaintiff pleaded for help, and after only a few steps collapsed. Hospital security witnessed plaintiff on floor and brought plaintiff wheelchair. Officer Cost then took control of wheelchair, wheeled plaintiff into hosp. holding cell, assaulting plaintiff by driving his knees into cell bench. Plaintiff moaned out in pain. Hospital security officer who
   (please see attachment 5-A)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s): While tossed about on floor of sheriffs van, injury to testicles worsened, plaintiff experienced excruciating pain. Having knees driven into hospital holding cell bench, pain to injury was unbearable. Handcuffs cut off circulation to plaintiffs bound hands.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Never recieved responce to submitted grievence. And notified in writing that I would never be made aware of outcome.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: U.S. Constitution right against cruel and unusual punishment. (sexual misconduct)

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Sexual misconduct by officer

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5-31-11 at approx. 10:00pm just prior to being transferred to Hosp. Emerency Room, unknown transportation officer who was assigned to transport plaintiff to hospital asked plaintiff why he was moving "so dam slow." Plaintiff answered by explaining his testicles were extremely swollen. The unknown transportation officers eyes widened, he then asked plaintiff if he could "see them." (meaning testicles) Then laughed. This unknown detention officer is not part of Medical staff. Plaintiff had already been seen by Medical staff and an order had already been placed to send plaintiff to Hospital Emergency Room. Unknown transportation officer violated plaintiffs rights with his sexual comment to be given the opportunity to view plaintiffs swollen testicles.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). In the form of mental distress, fear for safety, intimidation, Inability to get proper sleep.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Never recieved responce from institutional grievence.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

# 5-A
## (COUNT II)

shortly after arrived at hospital holding cell then pointed out to Officer Cost the plaintiffs applied handcuffs. Because the unknown transportation officer failed to double lock handcuffs when he applied them on plaintiff, during transport to hospital, while being tossed about on floor of sherriffs van, handcuffs closed extremely tight on plaintiffs wrists cutting off circulation to plaintiffs hands. Officer Cost then removed handcuffs from plaintiffs wrists. Very deep indents were left in plaintiffs wrists. Officer Cost then stated, "he would report handcuff issue to his Seargent.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
Financial compensation in amount of Ninety (90) Thousand Dollars be granted to plaintiff for pain and suffering. Also. That the Maricopa County Sheriffs Office be ordered to provide a wheelchair or medically approved devise, and/or proper vehicle when transporting inmates in any manner, who are injured, to Avoid causing further pain, worsening injury, and/or causing more health problems. Also all plaintiffs court fees in this matter be paid in full by defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08-01-11
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO, SHERIFF

# CERTIFICATION

I hereby certify that on this date  __August 10, 2011__

I ___ filed  √ ___ mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona

___ Hon _____ United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ _____

___ _____

___ _____

**INMATE LEGAL SERVICES**
Maricopa County, Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                 06/02/08