```
1  Richard Ramsey P765649
2  Durango Jail
3  3229 W. Gibson Ln
4  Phoenix, Arizona 85009
   Pro Se
5
```

FILED ___ LODGED
RECEIVED ___ COPY
SEP 15 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Richard Ramsey  )    No. CV-11-1422-PHX-SRB (MEA)
    Plaintiff   )
                )
vs.             )    MOTION REQUESTING
                )    DISCLOSER OF EVIDENCE
Joe Arpaio, et al., )
    Defendant   )

COMES now the plaintiff Richard Ramsey, who is confined in the Maricopa County Durango Jail and acting pro se, hereby motioning this Honorable Court, requesting the discloser of evidence as follows:

The plaintiff Richard Ramsey swears that in the case number shown above, he has made a earnest effort, using what resources he has available to him as shown in Attachment A-1 thru A-5. (And even more filings can be provided if needed.) However the opposing party has not only failed to comply with plaintiffs request to disclose evidence, there are times when plaintiffs rights to legal information as provided by Federal and Local civil procceedures have not been provided to plaintiff as well.

The plaintiff further swears that as shown in Attachment A-6 he is directly notified that he will not be made aware of any outcome in the Maricopa County Sherriffs office finding in the inquiry of plaintiffs'

formal complaint. This response from the Jail hearing officer clearly shows that the Maricopa County Sherriffs office fails to comply with plaintiffs' request for information in this matter.

Furthermore the plaintiff Richard Ramsey swears that not only is his request not being honored, his requests for information in this matter are also not being forwarded to parties in which request's are being addressed to. In one instance (as shown in attachment A-7) a detention officer "Mank #B0802" not only failed to foward plaintiff's request for information in this case, the officer also puts it upon himself to respond on his own. The officer in his responce clearly gives plaintiff legal advise which against Maricopa County rules. Sherriff Office staff are not allowed to give inmates legal advise. In addition, the officer (Mank #B0802) in his responce leads plaintiff in a manner which can clearly effect the outcome of this case, in such manner which would be unjust or fair to plaintiff. (Attachment A-7)

The plaintiff would also like to make the court aware that the only other responce he recieved from the Maricopa County Sherriff's office which comes from a Legal liason (see attachment A-8) also denies plaintiffs' requests for said records.

Therefore, for reasons shown above and throughout, the respondant Richard Ramsey requests that the Maricopa County Sherriffs' Office, the Maricopa County Correctional Health Service and the Maricopa County Hospital release the following information and physical evidence that is envolved in this case as shown hereafter.

Requested material to be release from the Maricopa County Sherriffs Office is:
- All and any security and survalance video of entire incident stated in this complaint against defendants on May 31st 2011 in the Maricopa

1. County Durango Jail, beginning at approximately 400pm in housing unit 6
2. (Six) C-pod when plaintiff first attempted to notify defendant Officer Ariaga
3. of injury, but was ignored while Officer Ariaga showed other inmates
4. nude pictures of females he had on his cell phone. The security and
5. survalance video to be released as requested would also be of entire
6. incident from 4:00pm following plaintiff from housing unit 6 to time
7. when taken to Medical Unit, time he waited in Medical Unit, until time
8. he was taken to parking lot, entered Sherriffs' Van to be transported to
9. Hospital Emergency Room, then departure of van from the Maricopa
10. County Durango Jail at approximately 2215 hours.
11. • This motion also requests that the Maricopa County Sheriffs'
12. Office release any and all disciplinary write ups, reports, action or material
13. that has been placed against the defendant's Officer Ariaga, Officer Cust and
14. Unknown Transportation Officer since being employeed by the Sherriffs
15. Office. Not only will this request prove claims made by plaintiff are fact,
16. the material can also be used as evidence of defendant(s) abusive
17. character. (IF ANY)
18. • Also requested is security video of Housing Unit 2 (two) on June 6th 2011
19. between the hours of 700hrs and 1000 hrs when inmate Terry Layman
20. booking number P774486 was indeed provide a wheelchair due to his
21. claim of injury and taken to Medical Unit to be seen by medical
22. staff. This evidence can be sufficent in showing accessability of a
23. wheelchair, when the plaintiff in this case was clearly denied and forced
24. to walk, which severely aggrivated his injury.
25.
26.     From the Correctional Health Service of Maricopa County
27. the plaintiff Richard Ramsey requests the following information be
28. released to him:

1. • A copy of his current medical file.
2. From the County Hospital of Maricopa County the plaintiff
3. Richard Ramsey requests the following survalance/security video be
4. release and sent.
5. Video of Emergency Room Entrence, parking lot, and holding
6. cell for inmates, for May 31, 2011, at 2200 hrs to 2300 hrs.
7. This request is made pursuant to the Arizona Public Records
8. Law, A.R.S. § 39-121, et seq. as well as Local Rules of Civil
9. Procedure.
10. I declare under penalty of perjury that the foregoing is true and
11. correct.
12. Sent for filing this 5th day of September 2011, and mailed to:
13. The Clerk of the U.S. District Court
14. Judge Susan R. Bolton/or
15. Magistrate Judge Mark E. Aspey
16. at Sandra Day O'Connor U.S. Court House Suite 130
17. 401 W. Washington St. SPC1
18. Phoenix, Arizona 85003-2118
19. 
20. OFFICER ARIAGA
21. OFFICER COST
22. Unknown Transportation Officer
23. Durango Jail. M.C.SO
24. 3229 W. Gibson
25. Phoenix, Arizona 85009
26.                                    Richard Ramsey P765649
27.                                        *Ruth Ramsey*
                                         SIGNATURE OF PLAINTIFF
28.                        4 of 4

Check One:   ☐ 1. Library   ☐ 2. Religious   ☒ 3. Legal   ☐ 4. Programs   ☐ 5. Other

*(ATTACHMENT A-1)*

## Maricopa County Sheriff's Office
### Joseph M. Arpaio, Sheriff
### Inmate Request Form
#### Formulario de Solicitud para presos

| | |
|---|---|
| Name (Nombre): Richard Ramsey | Jail (Carcel): Durango |
| Booking No. (Numero Fichado): P765649 | House (Casa): D-1 |
| Date of Birth (Fecha De Nacimiento): 5-18-63 | Cell (Celda): 12 |

**1. Inmate Library Request (Biblioteca)**   ☐ English   ☐ Español

Inmates are provided a variety pack of reading materials. Each jail receives a delivery once per month.
NO INMATE REQUEST IS REQUIRED.
Para presos que han sido identificados por leer y hablar unicamente en español, el material de lectura en español está disponible.
☐ MARQUE POR FAVOR LA CAJA SI USTED SOLO LEE Y HABLA ESPAÑOL.

**2. Inmate Religious Request (Solicitud Religiosa)**
Religion:   ☐ Catholic (Catolico)   ☐ Protestant (Protestante)   ☐ Muslim (Musulman)
☐ Other religion (Otra religion) _____

Request (Solicitud):   ☐ Bible (Biblia)   ☐ Bible Study (Estudio biblico)
☐ Inspirational Material (Material inspirante)   ☐ Religious Counseling (Consejo religioso)
☐ Religious Diet (Dieta religioso)

**3. Inmate Legal Requests (Solicitud Legales)**
Inmate Legal Requests must be submitted on the Inmate Legal Request form.
(Solicitudes Legales para Presos deberan presentarse en el formulario de Solicitud Legal para Presos.)

**4. Inmate Programs (Programas)**
☐ Self-help (Esfuerza propio)   ☐ GED   ☐ Juvenile Education (Educacion juvenil)
☐ Adult Special Education (Educacion especial de Adulto)
☐ Alpha Program (Programa Alpha) **(Substance Abuse Treatment –** *for Sentenced Inmates ONLY*)

**5. Other Inmate Information Request (Otra Informacion)**
☐ Court date (Fecha de corte)   ☐ Release date (Fecha de liberar)   ☐ Property release (Liberar del propiedad)
☐ Legal call (Llamada legal)   ☒ Other Legal Info. For case # 2:11 CV-01422-SRB-MEA

Please explain your request or question. Print clearly. (Por favor de explicar su solicitud o' pregunta. Escribir claramente.) Having been granted 'Pro Se' status by the U.S. District Court in case # 2:11 CV-01422-SRB-MEA, with this letter I request the following. Any and all disciplinary action information that the Maricopa County Sheriff's Office has taken against Detention officers Anasa and Cost who are currently employed at Durango Jail. Also any disciplinary action or write ups that have been given to officer who transported me to hosp. E.R. on 5-31-11. This includes all and any write ups or disciplinary action at any time for above said officers.

Inmate Signature: *Rick Ramsey*

Receiving Officer
Date: 8/29/11   Time: _____
Signature: *Mank 6080*

**Response** (if needed):

5000-002   R 06/10         WHITE – Officer         YELLOW – Inmate         SFOR203

**ATTN: Jail Commander**

ATTACHMENT A-2

Check One:    ☐ 1. Library   ☐ 2. Religious   ☒ 3. Legal   ☐ 4. Programs   ☐ 5. Other

## Maricopa County Sheriff's Office
### Joseph M. Arpaio, Sheriff
### Inmate Request Form
### Formulario de Solicitud para presos

| | |
|---|---|
| Name (Nombre): Richard Ramsey | Jail (Carcel): Durango |
| Booking No. (Numero Fichado): P765649 | House (Casa): D-1 |
| Date of Birth (Fecha De Nacimiento): 5-18-63 | Cell (Celda): 12 |

**1.    Inmate Library Request (Biblioteca)**   ☐ English   ☐ Español

Inmates are provided a variety pack of reading materials. Each jail receives a delivery once per month.
NO INMATE REQUEST IS REQUIRED.
Para presos que han sido identificados por leer y hablar unicamente en español, el material de lectura en español está disponible.
☐ MARQUE POR FAVOR LA CAJA SI USTED SOLO LEE Y HABLA ESPAÑOL.

**2.    Inmate Religious Request (Solicitud Religiosa)**
Religion:    ☐ Catholic (Catolico)   ☐ Protestant (Protestante)   ☐ Muslim (Musulman)
☐ Other religion (Otra religion) _____

Request (Solicitud):    ☐ Bible (Biblia)   ☐ Bible Study (Estudio biblico)
☐ Inspirational Material (Material inspirante)   ☐ Religious Counseling (Consejo religioso)
☐ Religious Diet (Dieta religioso)

**3.    Inmate Legal Requests (Solicitud Legales)**
Inmate Legal Requests must be submitted on the Inmate Legal Request form.
(Solicitudes Legales para Presos deberan presentarse en el formulario de Solicitud Legal para Presos.)

**4.    Inmate Programs (Programas)**
☐ Self-help (Esfuerza propio)   ☐ GED   ☐ Juvenile Education (Educacion juvenil)
☐ Adult Special Education (Educacion especial de Adulto)
☐ Alpha Program (Programa Alpha) **(Substance Abuse Treatment – *for Sentenced Inmates ONLY*)**

**5.    Other Inmate Information Request (Otra Informacion)**
☐ Court date (Fecha de corte)   ☐ Release date (Fecha de liberar)   ☐ Property release (Liberar del propiedad)
☐ Legal call (Llamada legal)   ☒ Other  LEGAL INFO, CASE #2:11CV-01422-SRB-MEA

Please explain your request or question. Print clearly. (Por favor de explicar su solicitud o' pregunta. Escribir claramente.) Having been granted 'Pro Se' status by the U.S. District Court in case # 2:11CV-01422-SRB-MEA, with this letter I request the following: On 5-31-11 at approx. 2200 hrs, I was transported to the hospital emergency room in a sheriff's van. I am requesting the full name of the officer who transported me, due to the fact that he is a defendant in the above shown case.
Thank You!

Inmate Signature: [signature]

Receiving Officer
Date: 8/29/11    Time: _____
Signature: Mark A0802

Response (if needed):

5000-002  R 06/10        WHITE – Officer        YELLOW – Inmate        SFOR203

ATTN:
**✗ JAIL Commander ✗**


ATTACHMENT A-3

Check One:   ☐ 1. Library   ☐ 2. Religious   ■ 3. Legal   ☐ 4. Programs   ☐ 5. Other

## Maricopa County Sheriff's Office
### Joseph M. Arpaio, Sheriff
### Inmate Request Form
### Formulario de Solicitud para presos

| Name (Nombre): Richard Ramsey | Jail (Carcel): Durango |
|---|---|
| Booking No. (Numero Fichado): P765649 | House (Casa): D-2 |
| Date of Birth (Fecha De Nacimiento): 5-18-63 | Cell (Celda): G 46 |

**1.   Inmate Library Request (Biblioteca)**   ☐ English   ☐ Español

Inmates are provided a variety pack of reading materials. Each jail receives a delivery once per month.
NO INMATE REQUEST IS REQUIRED.
Para presos que han sido identificados por leer y hablar unicamente en español, el material de lectura en español está disponible.
☐ MARQUE POR FAVOR LA CAJA SI USTED SOLO LEE Y HABLA ESPAÑOL.

**2.   Inmate Religious Request (Solicitud Religiosa)**
Religion:   ☐ Catholic (Catolico)   ☐ Protestant (Protestante)   ☐ Muslim (Musulman)
☐ Other religion (Otra religion) _____

Request (Solicitud):   ☐ Bible (Biblia)   ☐ Bible Study (Estudio biblico)
☐ Inspirational Material (Material inspirante)   ☐ Religious Counseling (Consejo religioso)
☐ Religious Diet (Dieta religioso)

**3.   Inmate Legal Requests (Solicitud Legales)**
Inmate Legal Requests must be submitted on the Inmate Legal Request form.
(Solicitudes Legales para Presos deberan presentarse en el formulario de Solicitud Legal para Presos.)

**4.   Inmate Programs (Programas)**
☐ Self-help (Esfuerza propio)   ☐ GED   ☐ Juvenile Education (Educacion juvenil)
☐ Adult Special Education (Educacion especial de Adulto)
☐ Alpha Program (Programa Alpha) **(Substance Abuse Treatment – *for Sentenced Inmates ONLY*)**

**5.   Other Inmate Information Request (Otra Informacion)**
☐ Court date (Fecha de corte)   ☐ Release date (Fecha de liberar)   ☐ Property release (Liberar del propiedad)
☐ Legal call (Llamada legal)   ☐ Other _____

Please explain your request or question. Print clearly. (Por favor de explicar su solicitud o' pregunta. Escribir claramente.) Granted 'Pro Se' status in case CV-01422-SRB-MEA by the U.S. District Court, and following rules of Federal & Civil Procedure, I hereby request the following evidence be made available for my viewing, and made available to be realeased to party appointed by me upon my request. Requested evidence is; survalence video (date of 5/31/11) of Durango Jail-Housing Unit 6 (D-6) C-Pod between 1530 to 1800 hrs. Also survalence video (date 5/31/11) of Durango Jail outdoor Area between D-6 & Medical Unit between 1630 to 1800 hrs. Also Survnlence video of Medical Unit 1530 to 1800 hrs. Also (date 5/31/11) Survalence Video of when I was taken from Med Unit and placed in Sheriffs van for transport to Hospital Emergency Room at approx 2200 hrs.

Inmate Signature: Rick Ramsey

Receiving Officer
Date: 08/17/11   Time: 0605
Signature: [signature] A7337

**Response** (if needed):

5000-002   R 06/10              WHITE – Officer              YELLOW – Inmate              SFOR203

# INMATE LEGAL REQUEST
## Petición Legal para preso


ATTACHMENT A-4

Last Name (Apellido) **Ramsey**　　　　First Name (Primer Nombre) **Richard**
Booking # (Numero Fichado) **P765649**　　Date of Birth (Fecha De Nacimiento) **5-18-63**
Jail (Carcel) **Durango**　　House (Casa) & Cell (Celda) **D-5-16**　　Todays Date (Fecha De Hoy) **8-15-11**

☐ PRO-PER　　　　　　　　　　■ PRO-SE

Criminal CR # _____　　　　Civil Action CV # **2:11 CV-01422-SRB-MEA**
(# Del Caso Criminal)　　　　　　　　(# Del Caso Civil)

CR Attorney _____　　　　Civil Rights # _____
(Abogado Defensor Del Caso Criminal)　(# Del Caso De Derechos Civiles)

　　　　　　　　　　　　　　　　　　Domestic DR/FN/FC # _____
　　　　　　　　　　　　　　　　　　(# Del Caso De Derechos De Familia/Relaciones Domesticas)

### CHECK APPROPRIATE BOX (MARQUE LA OPCION APROPIADA)

**Inmate Legal Request (Solicitud Legales):**

☐ Copies (1 Copy Only [Legal Doc])
　(Copias (Una Copia Solamente [Documentos Legales]))
☐ Court Filings (Archivar)　　　　☐ Legal Forms (Formularios Legales)
☐ Delivery (Entregar)　　　　　　☐ Mailing (Envio Por Correo)
☐ Legal Supplies (Articulos Legales)　☐ Notary (Notario)
■ Legal Research (Investigacion Legal)

**I.L.S. REC'D _____ RET'D _____**

### PRINT ONLY (IMPRIMA SOLAMENTE)

Please explain your request or questions. Print Clearly. (Por favor de explicar su solicitud o pregunta. Escribir claramente.) Acting 'Pro Se' I hereby request the following evidence be made available for my viewing and made available for release to party appointed by me, upon my request. Requested evidence is; survalence video of 5/31/11 inside Durango Jail Housing Unit D6-C-pod at 1600 hrs. And following survalence video throughout Durango Jail until petitioner (me) was loaded on sheriffs van to be transported to Hosp Emergency Room later that same night at approx 2230 hrs.

Inmate's Signature (Firma Del Recluso) **Rick Ramsey**
Officer's Signature & Serial # **Dunn A7531**
Time and Date Rec'd **08/17/11 0105**

DO NOT WRITE BELOW THIS LINE – FOR I.L.S. USE ONLY
(NO ESCRIBA DEBAJO DE ESTA LINEA – PARA USO EXCLUSIVO DE LA OFICINA DE ILS)

White – Officer　　Yellow – Inmate

Rev. 2/2010　5000-060　　　　　　　　　　　　　　　　　SFOR212

*Legal Liaison*

ATTACHMENT A-5

Check One:   ☐ 1. Library   ☐ 2. Religious   ☒ 3. Legal   ☐ 4. Programs   ☐ 5. Other

## Maricopa County Sheriff's Office
### Joseph M. Arpaio, Sheriff
### Inmate Request Form
### Formulario de Solicitud para presos

| Name (Nombre): Ramsey, Richard | Jail (Carcel): Durango |
| Booking No. (Numero Fichado): P765649 | House (Casa): D-1 |
| Date of Birth (Fecha De Nacimiento): 5-18-63 | Cell (Celda): 12 |

**1.  Inmate Library Request (Biblioteca)**   ☐ English   ☐ Español

Inmates are provided a variety pack of reading materials. Each jail receives a delivery once per month.
NO INMATE REQUEST IS REQUIRED.
Para presos que han sido identificados por leer y hablar unicamente en español, el material de lectura en español está disponible.
☐ MARQUE POR FAVOR LA CAJA SI USTED SOLO LEE Y HABLA ESPAÑOL.

**2.  Inmate Religious Request (Solicitud Religiosa)**
Religion: ___   ☐ Catholic (Catolico)   ☐ Protestant (Protestante)   ☐ Muslim (Musulman)
☐ Other religion (Otra religion) _____

Request (Solicitud):   ☐ Bible (Biblia)   ☐ Bible Study (Estudio biblico)
☐ Inspirational Material (Material inspirante)   ☐ Religious Counseling (Consejo religioso)
☐ Religious Diet (Dieta religioso)

**3.  Inmate Legal Requests (Solicitud Legales)**
Inmate Legal Requests must be submitted on the Inmate Legal Request form.
(Solicitudes Legales para Presos deberan presentarse en el formulario de Solicitud Legal para Presos.)

**4.  Inmate Programs (Programas)**
☐ Self-help (Esfuerza propio)   ☐ GED   ☐ Juvenile Education (Educacion juvenil)
☐ Adult Special Education (Educacion especial de Adulto)
☐ Alpha Program (Programa Alpha) **(Substance Abuse Treatment – *for Sentenced Inmates ONLY*)**

**5.  Other Inmate Information Request (Otra Informacion)**
☐ Court date (Fecha de corte)   ☐ Release date (Fecha de liberar)   ☐ Property release (Liberar del propiedad)
☐ Legal call (Llamada legal)   ☒ Other  CASE NUMBER 2:11 CV-01422-SRB/MEA

Please explain your request or question. Print clearly. (Por favor de explicar su solicitud o' pregunta. Escribir claramente.) This request comes pursuant to Rule 26 of the Rules of Civil Procedure (federal rules) Therefore I hereby request the name of the officer who transported me, Richard Ramsey, to the Hospital Emergency Room the night of 5-31-11 at approx. 2200 hrs. This unknown officer is a defendant in case number 2:11 CV-01422-SRB-MEA. The U.S. District Court has indeed granted me "pro se" status in the above shown action. Thank You!

Inmate Signature: /s/ Rick Ramsey

Receiving Officer
Date: ___   Time: ___
Signature: ___ 9/1/11

Response (if needed): ___

*ATTN Jail Commander*

Check One:  ☐ 1. Library  ☐ 2. Religious  ☐ 3. Legal  ☐ 4. Programs  ☒ 5. Other

**Maricopa County Sheriff's Office**
Joseph M. Arpaio, Sheriff
**Inmate Request Form**
*Formulario de Solicitud para presos*



ATTACHMENT A-6

| | |
|---|---|
| Name (Nombre): Richard Ramsey | Jail (Carcel): Durango |
| Booking No. (Numero Fichado): P765649 | House (Casa): D-2 |
| Date of Birth (Fecha De Nacimiento): 5-18-63 | Cell (Celda): 46 (2) |

**1.  Inmate Library Request (Biblioteca)**   ☐ English   ☐ Español

Inmates are provided a variety pack of reading materials. Each jail receives a delivery once per month.
NO INMATE REQUEST IS REQUIRED.
Para presos que han sido identificados por leer y hablar unicamente en español, el material de lectura en español está disponible.
☐ MARQUE POR FAVOR LA CAJA SI USTED SOLO LEE Y HABLA ESPAÑOL.

**2.  Inmate Religious Request (Solicitud Religiosa)**
Religion:   ☐ Catholic (Catolico)   ☐ Protestant (Protestante)   ☐ Muslim (Musulman)
☐ Other religion (Otra religion) _____

Request (Solicitud):   ☐ Bible (Biblia)   ☐ Bible Study (Estudio biblico)
☐ Inspirational Material (Material inspirante)   ☐ Religious Counseling (Consejo religioso)
☐ Religious Diet (Dieta religioso)

**3.  Inmate Legal Requests (Solicitud Legales)**
Inmate Legal Requests must be submitted on the Inmate Legal Request form.
(Solicitudes Legales para Presos deberan presentarse en el formulario de Solicitud Legal para Presos.)

**4.  Inmate Programs (Programas)**
☐ Self-help (Esfuerza propio)   ☐ GED   ☐ Juvenile Education (Educacion juvenil)
☐ Adult Special Education (Educacion especial de Adulto)
☐ Alpha Program (Programa Alpha) **(Substance Abuse Treatment – *for Sentenced Inmates ONLY*)**

**5.  Other Inmate Information Request (Otra Informacion)**
☐ Court date (Fecha de corte)   ☐ Release date (Fecha de liberar)   ☐ Property release (Liberar del propiedad)
☐ Legal call (Llamada legal)   ☐ Other

Please explain your request or question. Print clearly. (Por favor de explicar su solicitud o' pregunta. Escribir claramente.) On 6-27-11 I submitted two seperate grievences in which instructed by Lt. Eastman to re-write. These grievences are complaints of negligence and abuse cause to me by M.C.S.O. staff. I have yet to recieve responce in timely manner as shown on rules and regualations manual. Therefore I am now requesting a "supervised grievence proccess" in this matter

Inmate Signature: R. Ramsey

Receiving Officer
Date: 7-11-11     Time: 12:00
Signature: B1720

Response (if needed): INMATE RAMSEY, I ALREADY EXPLAINED TO YOU THAT YOUR GRIEVANCE IS BEING LOOKED INTO AND AN INQUIRY WILL BE CONDUCTED REGARDING THE INCIDENT. YOU WILL NOT BE MADE AWARE OF THE OUTCOME AND OR FINDINGS. IN ANY EVENT, YOUR GRIEVANCE IS BEING PROCESSED. PLEASE BE PATIENT.

5000-002  R 06/10        WHITE – Officer        YELLOW – Inmate        SFOR203

Responce is from Durango Jail Hearing Sgt.

Attachment A-7

Check One: ☐ 1. Library ☐ 2. Religious ☒ 3. Legal ☐ 4. Programs ☐ 5. Other

## Maricopa County Sheriff's Office
## Joseph M. Arpaio, Sheriff
### Inmate Request Form
### Formulario de Solicitud para presos

| | |
|---|---|
| Name (Nombre): Richard Ramsey | Jail (Carcel): Durango |
| Booking No. (Numero Fichado): P765649 | House (Casa): D-1 |
| Date of Birth (Fecha De Nacimiento): 5-18-63 | Cell (Celda): 12 |

**1. Inmate Library Request (Biblioteca)** ☐ English ☐ Español

Inmates are provided a variety pack of reading materials. Each jail receives a delivery once per month.
NO INMATE REQUEST IS REQUIRED.
Para presos que han sido identificados por leer y hablar unicamente en español, el material de lectura en español está disponible.
☐ MARQUE POR FAVOR LA CAJA SI USTED SOLO LEE Y HABLA ESPAÑOL.

**2. Inmate Religious Request (Solicitud Religiosa)**
Religion: ☐ Catholic (Catolico) ☐ Protestant (Protestante) ☐ Muslim (Musulman)
☐ Other religion (Otra religion) _____

Request (Solicitud): ☐ Bible (Biblia) ☐ Bible Study (Estudio biblico)
☐ Inspirational Material (Material inspirante) ☐ Religious Counseling (Consejo religioso)
☐ Religious Diet (Dieta religioso)

**3. Inmate Legal Requests (Solicitud Legales)**
Inmate Legal Requests must be submitted on the Inmate Legal Request form.
(Solicitudes Legales para Presos deberan presentarse en el formulario de Solicitud Legal para Presos.)

**4. Inmate Programs (Programas)**
☐ Self-help (Esfuerza propio) ☐ GED ☐ Juvenile Education (Educacion juvenil)
☐ Adult Special Education (Educacion especial de Adulto)
☐ Alpha Program (Programa Alpha) **(Substance Abuse Treatment –** *for Sentenced Inmates ONLY)*

**5. Other Inmate Information Request (Otra Informacion)**
☐ Court date (Fecha de corte) ☐ Release date (Fecha de liberar) ☐ Property release (Liberar del propiedad)
☐ Legal call (Llamada legal) ☒ Other Legal Info. For case # 2:11 CV-01422-SRB-MEA

Please explain your request or question. Print clearly. (Por favor de explicar su solicitud o' pregunta. Escribir claramente.) Having been granted 'Pro Se' status by the U.S. District Court in case #2:11 CV-01422-SRB-MEA, with this letter I request the following. Any and all disciplinary action and information that the Maricopa County Sheriffs Office has taken against Detention Officers Ariaga and Cost who are currently employed at Durango Jail. Also any disciplinary action or write ups that have been given to officer who transported me to hosp. E.R. on 5-31-11. This includes all and any write ups or disciplinary action at any time for above said officers.

Inmate Signature: *Rick Ramsey*

Receiving Officer
Date: 8/29/11 Time: ____
Signature: *Mank 8080*

**Response** (if needed): Pro Se, you have the right to represent yourself in civil matters not legal matters, you have no right at this time to information in any disciplinary action or reports involving MCSO staff
Officer Mank 8080

5000-002 R 06/10     WHITE – Officer     YELLOW – Inmate     SFOR203

 

# MARICOPA COUNTY SHERIFF'S OFFICE

JOSEPH M. ARPAIO
SHERIFF

August 26, 2011

Richard Ramsey, P765649  A12
Durango Jail
House C, Cell 43

Re:   Response to August 17, 2011, Records Request received in our office August 23, 2011 re: Video Survillance

Dear Mr. Ramsey:

I am in receipt of your August 17, 2011, Public Records Request, for production of Maricopa County Sheriff's Office (MCSO) records, made pursuant to the Arizona Public Records Law, A.R.S. § 39-121, et seq.

Unfortunately, we cannot comply with your request because release of that information would not be in the best interest of the State due to the safety concerns that exist in the jail.

If you have any further questions or comments, please feel free to direct them to me in writing at the address printed on the letterhead.

Sincerely,

Officer Osolin
Legal Liaison
Compliance Division
Maricopa County Sheriff's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Richard Ramsey
Plaintiff

No. CV 11-1422-PHX-SRB (MEA)

vs.

ORDER

Joe Arpaio, et al.,
Defendant

In the above shown case the petitioner Richard Ramsey submitted a Motion Requesting Discloser of Evidence, not only stating that to the best of his ability due to incarceration he has been unsuccessfull in obtain required evidence, he has also provided documentation to prove his claim. The petitioner also states his claim his Motion requesting Discloser of evidence is made pursuant to Arizona Public Records Law, A.R.S. § 39-121, et seq. As well as Arizona Federal Rules of Court → LRCiv 7.2. Motions [FN3](J)

**IT IS ORDERED**

(1) That the Maricopa County Sheriffs Office provide the plaintiff Richard Ramsey the oppertunity to view the entire survelence/security video of May 31st 2011 from 1600 hours to 2215 hours, beginning in housing unit 6 (six) C-POD and following plaintiff the entire time until he entered Sheriffs van to be tranferred to Hospital Emergency Room.

1. (2) That the Maricopa County Sheriffs' Office provide the plaintiff Richard Ramsey the oppertunity to view and take notes of any and all disciplinary writeups, reports or actions against defentants Ariaga, Cost, and unknown transportation officer who transported plaintiff to County Hospital Emergency Room.

2. (3) That the Maricopa County Sheriffs Office provide the plaintiff the oppertunity to view survelance/security video of Housing Unit 2 (two) of the Durango Jail on June 6th 2011 between 700 hrs to 1000 hrs when inmate Terry Layman booking number P774486 was provided a wheelchair.

3. (4) That after petitioner Richard Ramsey has been given the oppertunity to view the evidence shown above, due to security risks of petitioner possessing said material, all said evidence in it's entirety be sent to his mother's residence at 14210 3rd Ave. El Mirage, Arizona 85335

4. (5) That the Maricopa County Correctional Health Service provide plaintiff Richard Ramsey a complete copy of his current medical file.

5. (6) That the Maricopa County Hospital provide the plaintiff Richard Ramsey security video of Emergency Room Parking lot, Entrence area and holding cell for inmates for May 31st 2011 between the hours of 2200 hrs. to 2300 hrs.

6. (7) The above shown evidence must be provided as shown within the time limits provided by Federal and Local Rules of Civil Procedure.

Dated this ____ day of September 2011

_____
UNITED STATES DISTRICT JUDGE

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO SHERIFF

## C E R T I F I C A T I O N

I hereby certify that on this date ___ September 13, 2011 _____,

I ____ filed __√__ mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

<u>I further certify that copies of the original have been forwarded to:</u>

____   Hon _____United States District Court, District of Arizona.

____   Hon_____United States District Court, District of Arizona.

____   Attorney General, State of Arizona.

____   Judge, _____, Superior Court, Maricopa County, State of Arizona.

____   County Attorney_____, Maricopa County, State of Arizona,

____   Public Defender _____, Maricopa County, State of Arizona.

____   Attorney _____

____   _____

_____
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                                                   06/02/08