| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

FILED ___ LODGED ___ RECEIVED ___ COPY
SEP 27 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**PLAINTIFF:** Richard Ramsey
**COURT CASE NUMBER:** 2:11-cv-01422-SRB-MEA
**DEFENDANT:** Joe Arpaio, "Et al.,"
**TYPE OF PROCESS:** Summons/Complaint/Order

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFFICER COST

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
M.C.S.O. Durango Jail 3229 W. Gibson Ln, Phoenix, Arizona 85009

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Maricopa County Sheriffs' Office
Durango Jail
3229 W. Gibson Ln
Phoenix, Arizona 85009

Number of process to be served with this Form: 1
Number of parties to be served in this case: ~~3~~ 2 (mw)
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

The defendant works as a Detention Officer in the Maricopa County Sheriff's Office. As of August 2011 he was working grave yard shift at the Durango Jail

**Signature of Attorney or other Originator requesting service on behalf of:** [X] PLAINTIFF [ ] DEFENDANT
/s/ R.K. Ramsey
**TELEPHONE NUMBER:** —
**DATE:** 8-29-11

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 8 | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date: 9/13/11 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

**Date of Service:** 9-20-11    **Time:** ___ am/pm
**Signature of U.S. Marshal or Deputy:** GW

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** signed waiver received 9/26/11.

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Richard Ramsey
_____
Plaintiff
v.
Joe Arpaio et al
_____
Defendant

Civil Action No. 2:11-cv-01422-SRB-MEA

## WAIVER OF THE SERVICE OF SUMMONS

To: Detention Officer Cost
_____
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 9/13/11, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 9/20/11

Ofc. Borders A2541
_____
Printed name of party waiving service of summons

Signature: [signed] Ramsey
Signature of the attorney or unrepresented party

Ofc Borders A8541 /MCSO Legal Liaison
Printed name

100 W. Washington, Suite 1900
Phx 85003
Address

Compliance.llr@mcso.maricopa.gov
E-mail address

(602) 876-3400
Telephone number

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.