**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

|  |  |
|---|---|
| Richard Wayne Ramsey,        )<br>                              )<br>        Plaintiff,             ) CIV 11-01422 PHX SRB MEA<br>                              )<br>    v.                        ) ORDER<br>Joseph M. Arpaio, DO Ariago,  )<br>DO Cost,                      )<br>                              )<br>        Defendants.           )<br>_____) | |

No Defendant has been served in this matter. Accordingly,

**IT IS ORDERED that** Plaintiff's motion (Doc. 9) seeking the "disclosure of evidence" is **denied**.

DATED this 3rd day of October, 2011.

_Mark E. Aspey_
Mark E. Aspey
United States Magistrate Judge